SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ISRAEL BALLARDO, et. al.<br><br>        Defendants. | CASE NO.  2:10-cr-00078 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br><br>DATE:  December 15, 2011<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

### Stipulation

Both parties, through undersigned counsel, stipulate that the status conference, scheduled for December 15, 2011, may be continued to February 2, 2012, at 9:00 a.m.  It is anticipated that defense counsel for Israel Ballardo will be communicating an offer to the government to resolve this matter prior to the next court date. However, the additional time requested in this stipulation is required to allow the government sufficient time to consider the offer, allow for further negotiations if necessary, and to prepare a plea agreement if the parties are able to reach an agreement.

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

1

1 As such, the parties agree that time may be excluded from the speedy
2 trial calculation under the Speedy Trial Act for counsel preparation,
3 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
4      The prosecutor has authorized the defense counsel for Israel
5 Ballardo to sign this stipulation on her behalf.

7 DATED: December 12, 2011           BENJAMIN WAGNER
                                     United States Attorney

9                              by    /s/ Scott N. Cameron, for
                                     Jill Thomas
10                                   Assistant U.S. Attorney

11
   DATED: December 12, 2011
12                             by    /s/ Scott N. Cameron
                                     Scott N. Cameron
13                                   Counsel for ISRAEL BALLARDO

2

**<u>Order</u>**

Good cause appearing, the Status Conference, scheduled for December 15, 2011, is continued to February 2, 2012, at 9:00 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE