1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   ISRAEL BALLARDO
5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO.  2:10-cr-00078 MCE
                                )
11            Plaintiff,        )   **STIPULATION AND ORDER CONTINUING**
                                )   **STATUS CONFERENCE**
12      v.                      )
                                )
13 ISRAEL BALLARDO, ET AL.,     )
                                )   DATE:  March 8, 2012
14            Defendants.       )   TIME:  9:00 a.m.
   _____)   COURT: Hon. Morrison England, Jr.
15

16                         **Stipulation**

17      The government and defendant Ballardo, through undersigned

18 counsel, stipulate that the status conference as to defendant Ballardo

19 only, scheduled for March 8, 2012, may be continued to May 10, 2012,

20 at 9:00 a.m.  Defense counsel for Israel Ballardo has conveyed an

21 offer to the government to resolve this matter.  However, the

22 additional time requested in this stipulation is required to allow the

23 government sufficient time to consider and staff the offer, allow for

24 further negotiations if necessary, and to prepare a plea agreement if

25 the parties are able to reach an agreement.

26      Further, both parties, agree and stipulate that the ends of

27 justice served by granting this continuance outweigh the best

28 interests of the public and the defendant in a speedy trial.

                                  1

As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Israel Ballardo to sign this stipulation on her behalf.

DATED: March 5, 2012                    BENJAMIN WAGNER
                                        United States Attorney

                                  by    /s/ Scott N. Cameron, for
                                        Jill Thomas
                                        Assistant U.S. Attorney

DATED: March 5, 2012
                                  by    /s/ Scott N. Cameron
                                        Scott N. Cameron
                                        Counsel for ISRAEL BALLARDO

### Order

Good cause appearing, the status conference, scheduled for March 8, 2012, is continued to May 10, 2012, at 9:00 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE