1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:10-cr-00078 MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| ISRAEL BALLARDO, et. al. | ) | |
| Defendants. | ) | DATE:  August 9, 2012<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

### Stipulation

The government and defendant Ballardo, through undersigned counsel, stipulate that the status conference as to defendant Ballardo, scheduled for August 9, 2012, may be continued to September 6, 2012, at 9:00 a.m.  The Probation Department recently completed a pre-plea Presentence Investigation Report ("PSR").  The additional time requested will allow defense counsel to review the pre-plea PSR with the defendant, allow the government to prepare a written plea agreement, and allow defense counsel to review the plea agreement with the defendant.

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

1  As such, the parties agree that time may be excluded from the speedy
2  trial calculation under the Speedy Trial Act for counsel preparation,
3  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
4      The prosecutor has authorized the defense counsel for Israel
5  Ballardo to sign this stipulation on her behalf.

7  DATED: August 2, 2012                BENJAMIN WAGNER
                                         United States Attorney

9                                   by   /s/ Scott N. Cameron, for
                                         Jill Thomas
10                                       Assistant U.S. Attorney

   DATED: August 2, 2012
12                                  by   /s/ Scott N. Cameron
                                         Scott N. Cameron
13                                       Counsel for ISRAEL BALLARDO

26  ///
27  ///
28  ///

**<u>Order</u>**

Good cause appearing,

The status conference, scheduled for August 9, 2012, is continued to September 6, 2012, at 9:00 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE